# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 482 WAL 2018

               Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

            v.                 :

CARNELL JAMES TINSON,   :

              Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.